UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-5169 CAS (RZx) | Date | August 25, 2008 |
|---|---|---|---|
| Title | Jessie Ruiz v. The Procter & Gamble Paper Products Co. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED

  On August 7, 2008, defendant Procter & Gamble Paper Products Company filed a notice of removal in the instant action. Defendant asserts therein that the notice of removal was filed within thirty days of service of the summons and complaint on defendant. However, it is not evident from the summons submitted by defendant when process was actually served. Defendant provides no evidence that the service in fact occurred on July 8, 2008, other than an unidentified notation that appears on the summons.

  Defendants are hereby ORDERED TO SHOW CAUSE on or before September 9, 2008, why the instant action should not be remanded.


IT IS SO ORDERED.

                       : 
                 Initials of Preparer